

# Fourth Court of Appeals
## San Antonio, Texas

December 3, 2025

No. 04-24-00581-CR

**EX PARTE** Rodrigo **GALLEGOS ARMENDARIZ**

From the County Court, Kinney County, Texas
Trial Court No. 12258CR
Honorable Susan D. Reed, Judge Presiding

**ORDER**

Sitting:    Rebeca C. Martinez, Chief Justice
Adrian A. Spears II, Justice
Velia J. Meza, Justice

In accordance with the court's opinion of this date, we **DECLARE** the trial court's orders of August 29, 2024, void, and we **DISMISS** this appeal for want of jurisdiction.

It is so **ORDERED** on December 3, 2025.

_____
Velia J. Meza, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of December, 2025.

_____
Caitlin A. McCamish, Clerk of Court